IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br>Plaintiffs, <br><br>v. <br><br>TEVA PHARMACEUTICALS USA, INC., <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 08-627-JJF <br><br>CONSOLIDATED |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br>Plaintiffs, <br><br>v. <br><br>APOTEX, INC. and APOTEX CORP., <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 09-143-JJF |

## ORDER

WHEREAS, Plaintiffs The Procter & Gamble Co. and Hoffmann-La Roche, Inc., have moved this Court pursuant to Federal Rule of Civil Procedure 42(a) to consolidate the above-captioned actions for pretrial purposes and to enter the accompanying proposed Consolidated Pretrial Scheduling Order;

WHEREAS, the Court has considered the Plaintiffs' Assented Motion and good cause has been shown for the relief sought by Plaintiffs; and

WHEREAS, the Defendants have assented to this Motion and agreed to the schedule set forth in the Consolidated Pretrial Scheduling Order submitted with Plaintiffs' Assented Motion;

IT IS HEREBY ORDERED, this 29 day of September, 2009 that the Plaintiffs' Assented Motion to Consolidate for Pretrial Purposes and for Entry of a Consolidated Pretrial

Scheduling Order is GRANTED. The lead case in which all pretrial pleadings shall be filed is No. 08-CV-627-JJF. The consolidated case caption above shall be used for all such pretrial filings. All prior scheduling orders and orders setting hearings, with the exception of those orders scheduling matters relating to alternative dispute resolution, are hereby vacated.

_____
United States District Judge